**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | **CASE NO. 4:26-CR-00117** |
| | § | |
| v. | § | |
| | § | |
| SCOTT BERNARD GANN, | § | **JUDGE MICHAEL TRUNCALE** |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, Scott Bernard Gann, is competent. The speedy trial time shall be excluded from January 17, 2026, until the date of this order.

**SIGNED this 5th day of June, 2026.**

Michael J. Truncale
United States District Judge